## GOLENBOCK EISEMAN
## ASSOR BELL & PESKOE LLP

ATTORNEYS AT LAW | 711 THIRD AVENUE., NEW YORK, NY 10017-4014
T (212) 907-7300 | F (212) 754-0330 | WWW.GOLENBOCK.COM

DIRECT DIAL NO.: (212) 907-7329
EMAIL ADDRESS: MDALY@GOLENBOCK.COM

October 27, 2025

**VIA ECF**

Honorable Jeanette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

Re:    *Davidson v. City of New York, et al*, No. 1:25-cv-08065

Dear Judge Vargas:

This firm is counsel for defendants Police Benevolent Association of the City of New York, Inc. and its President, Patrick Hendry (together "PBA Defendants"), in the above-captioned action. Pursuant to Practice Rule 3.E, we respectfully request an adjournment of the PBA Defendants' time to respond to the Complaint from October 30, 2025, to December 12, 2025. Plaintiff's counsel has advised us that Plaintiff consents to this request.

The PBA Defendants have not made any prior request for an extension of time to respond to the Complaint. The reasons for this request are to afford us time to familiarize ourselves with this matter and because we have preexisting work conflicts. There are no appearances before the Court currently scheduled.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Matthew C. Daly

Matthew C. Daly

cc (via ECF): All counsel of record