UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
RONALD DAVIDSON,                                :
                                             :   Docket No.
              Plaintiff,     :   25 Civ. 08065 (JAV)
  -against-                                  :
                                             :
THE CITY OF NEW YORK, JONATHAN     :   **NOTICE OF**
DARCHE, SERGEANTS BENEVOLENT       :   **APPEARANCE**
ASSOCIATION, VINCENT VALLELONG,    :
POLICE BENEVOLENT ASSOCIATION OF   :
THE CITY OF NEW YORK, AND PATRICK  :
HENDRY;                             :
                                             :
            Defendants.     :
---------------------------------------------------------------- X

    PLEASE TAKE NOTICE that Steven J. Bushnell, Esq., of The Quinn Law Firm PLLC, does hereby enter his appearance on behalf of defendants the Sergeants Benevolent Association and Vincent Vallelong in the above-captioned action.

Dated: White Plains, New York
       October 28, 2025

                              Respectfully submitted,

                              THE QUINN LAW FIRM PLLC

      By:   *Steven Bushnell*
                Steven J. Bushnell
                399 Knollwood Road, Suite 220
                White Plains, New York 10603
                Tel: (914) 997-0555
                Fax: (914) 997-0550
                sbushnell@quinnlawny.com