

**399 KNOLLWOOD ROAD, SUITE 220**
**WHITE PLAINS, NEW YORK 10603**
Tel: 914.997.0555
Fax: 914.997.0550

---

October 28, 2025

***VIA ECF***
Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

      Re: *Davidson v. City of New York, et al*, No. 1:25-cv-08065

Dear Judge Vargas:

    Please be advised that the undersigned and The Quinn Law Firm, PLLC represent Defendants the Sergeants Benevolent Association and Vincent Vallelong (the "SBA Defendants") in the above-referenced matter.

    Pursuant to Section 3.E of the Court's Individual Rules and Practices, we respectfully request that SBA Defendants' deadline to respond to Plaintiff's Complaint be extended from October 30, 2025 to December 12, 2025.

    This is the first request for an extension of time of the deadline for the SBA Defendants to respond to Plaintiff's Complaint. The reason for this request is to allow time for counsel to review the complaint, familiarize ourselves with the underlying allegations and respond accordingly. Counsel for Plaintiff consents to this request. There are no appearances before the Court currently scheduled.

    We thank the Court for its time and consideration of this request.

                                      Respectfully submitted,

                                      *Steven Bushnell*

                                    _____
                                    Steven J. Bushnell, Esq.
                                    The Quinn Law Firm PLLC

CC: all counsel of record *via ECF*