

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small><br><br>L<small>AW</small> D<small>EPARTMENT</small><br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Eric Arbizo**<br>*Assistant Corporation Counsel*<br>Telephone: (212) 356-3580<br>E-mail: earbizo@law.nyc.gov<br>*Email not for service* |

October 28, 2025

**VIA ECF**
Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl St., Room 703
New York, NY 10007-1312

Re: *Davidson v. City of New York, et al.*, No. 25 Civ. 8065

Dear Judge Vargas:

I am an Assistant Corporation Counsel in the Office of the Muriel Goode-Trufant, Corporation Counsel of the City of New York (the "City"), and I am assigned to represent the City of New York in the above-captioned matter. I write to respectfully request an extension of time to respond to Plaintiff's complaint ("Complaint") in this matter. The City has conferred with Plaintiff's counsel, who consents to this request. Accordingly, the City respectfully requests an extension of time to respond to the Complaint and that its response is due December 12, 2025. The City's response is currently due on October 30, 2025.

This is the City's first request for an extension to respond to the Complaint. If granted, this extension will not affect any other scheduled dates in this matter and there are no conferences currently scheduled. The City respectfully requests the extension to investigate the Complaint's allegations and prepare an adequate response.

The City thanks the Court for its consideration.

Respectfully submitted,

/s/ Eric Arbizo
Assistant Corporation Counsel