UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK                    COUNTY OF

| | |
|---|---|
| **Plaintiff / Petitioner:**<br>RONALD DAVIDSON<br>**Defendant / Respondent:**<br>THE CITY OF NEW YORK ET AL | **AFFIDAVIT OF SERVICE**<br>Index No:<br>25-CV-8065 |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Thu, Oct 09 2025 AT 12:44 PM AT 100 Church Street , NEW YORK , NY 10007 deponent served the within <u>Summons and Complaint,civil cover sheet,and individual rules</u> on <u>JONATHAN DARCHE C/O THE CITY OF NEW YORK</u>

[ ]  **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X]  **Corporation:** <u>JONATHAN DARCHE C/O THE CITY OF NEW YORK</u> a defendant, therein named, by delivering a true copy of each to <u>A Goebler</u> personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be <u>Clerk</u> thereof.

[ ]  **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ]  **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ]  **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

[ ]  **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Age: | 40 | Ethnicity: | Caucasian | Gender: | Male | Weight: | 180 |
| Height: | 5'8" | Hair: | Brown | Eyes: | Brown | Relationship: | Clerk |
| Other | | | | | | | |

_[signature]_

Mitchell Raider
1450036

I affirm this 09 day of OCTOBER, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK                                COUNTY OF

| Plaintiff / Petitioner: | AFFIDAVIT OF SERVICE |
|---|---|
| RONALD DAVIDSON | Index No: |
| Defendant / Respondent: | 25-CV-8065 |
| THE CITY OF NEW YORK ET AL | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Thu, Oct 09 2025 AT 12:46 PM AT 100 Church Street , NEW YORK , NY 10007 deponent served the within Summons and Complaint,civil cover sheet,and individual rules on THE CITY OF NEW YORK

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation:** THE CITY OF NEW YORK a defendant, therein named, by delivering a true copy of each to A Goebler personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Clerk thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____ , and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____ .

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
| Age: 40 | Ethnicity: Caucasian | Gender: Male | Weight: 180 |
|---|---|---|---|
| Height: 5'7" | Hair: Brown | Eyes: Brown | Relationship: Clerk |
| Other | | | |

*[signature]*

Mitchell Raider
1450036

I affirm this 09 day of OCTOBER, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK                                COUNTY OF

| | |
|---|---|
| **Plaintiff / Petitioner:**<br>RONALD DAVIDSON<br>**Defendant / Respondent:**<br>THE CITY OF NEW YORK ET AL | **AFFIDAVIT OF SERVICE**<br>Index No:<br>**25-CV-8065** |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Thu, Oct 09 2025 AT 01:30 PM AT 125 Broad Street, New York, NY 10004 deponent served the within Summons and Complaint, civil cover sheet, and individual rules on PATRICK HENDRY C/O POLICE BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation:** PATRICK HENDRY C/O POLICE BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK a defendant, therein named, by delivering a true copy of each to Albert Gomes personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Chief of staff thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | |
|---|---|---|---|
| Age: 55 | Ethnicity: Caucasian | Gender: Male | Weight: 175 |
| Height: 5'5" | Hair: Black | Eyes: Brown | Relationship: Chief of staff |
| Other | | | |

*[signature]*

Mitchell Raider
1450036

I affirm this 09 day of OCTOBER, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK                    COUNTY OF

**Plaintiff / Petitioner:**
RONALD DAVIDSON
**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**
Index No:
25-CV-8065

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Thu, Oct 09 2025 AT 01:25 PM AT 125 Broad Street, New York, NY 10004 deponent served the within Summons and Complaint, civil cover sheet, and individual rules on POLICE BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [X] **Corporation:** POLICE BEMEVOLENT ASSOCIATION OF THE CITY OF NEW YORK a defendant, therein named, by delivering a true copy of each to Albert Gomes personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Chief of staff thereof.
- [ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.
- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

- [ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.
- [ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
| | | | |
|---|---|---|---|
| Age: 55 | Ethnicity: Caucasian | Gender: Male | Weight: 175 |
| Height: 5'5" | Hair: Black | Eyes: Brown | Relationship: Chief of staff |
| Other | | | |

Mitchell Raider
1450036

I affirm this 09 day of OCTOBER, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK                                    COUNTY OF

**Plaintiff / Petitioner:**
RONALD DAVIDSON
**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
25-CV-8065

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Thu, Oct 09 2025 AT 12:31 PM AT 35 Worth Street, New York, NY 10013 deponent served the within Summons and Complaint,civil cover sheet,and individual rules on VINCENT VALLELONG C/O SERGEANTS BENEVOLENT ASSOCIATION

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation:** VINCENT VALLELONG C/O SERGEANTS BENEVOLENT ASSOCIATION a defendant, therein named, by delivering a true copy of each to Theresa Ashton personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Executive assistant thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____ , and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____ .

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
| | | | |
|---|---|---|---|
| Age: 65 | Ethnicity: Caucasian | Gender: Female | Weight: 165 |
| Height: 5'5" | Hair: White | Eyes: Brown | Relationship: Executive assistant |

Other _____

_/s/ Mitchell Raider_

Mitchell Raider
1450036

I affirm this 09 day of OCTOBER, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK    COUNTY OF

**Plaintiff / Petitioner:**
RONALD DAVIDSON
**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**
Index No:
25-CV-8065

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Thu, Oct 09 2025 AT 12:32 PM AT 35 Worth Street, New York, NY 10013 deponent served the within Summons and Complaint,civil cover sheet,and individual rules on SERGEANTS BENEVOLENT ASSOCIATION

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [X] **Corporation:** SERGEANTS BENEVOLENT ASSOCIATION a defendant, therein named, by delivering a true copy of each to Theresa Ashton personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Executive assistant thereof.
- [ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.
- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

- [ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____ , and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____ .
- [ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
| | | | |
|---|---|---|---|
| Age: 65 | Ethnicity: Caucasian | Gender: Female | Weight: 165 |
| Height: 5'5" | Hair: White | Eyes: Brown | Relationship: Executive assistant |

Other _____

_signature_

Mitchell Raider
1450036

I affirm this 09 day of OCTOBER, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.