

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK

LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

Eric Arbizo
*Assistant Corporation Counsel*
Telephone: (212) 356-3580
E-mail: earbizo@law.nyc.gov
*Email not for service*

October 30, 2025

**VIA ECF**
Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl St., Room 703
New York, NY 10007-1312

Re: *Davidson v. City of New York, et al.*, No. 25 Civ. 8065

Dear Judge Vargas:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York (the "City"), and I am assigned to represent Jonathan Darche ("Darche") in the above-captioned matter. I write to respectfully request an extension of time to respond to Plaintiff's complaint ("Complaint") in this matter. Plaintiff's counsel consents to this request and, accordingly, I respectfully request that Darche is granted until December 12, 2025, to respond to the Complaint. Darche's response is currently due October 30, 2025.

This is the first request for an extension to respond to the Complaint. If granted, this extension will not affect any other scheduled dates in this matter and Darche's deadline to respond to the Complaint will align with the other defendants in the matter. We respectfully request the extension to investigate the Complaint's allegations and prepare an adequate response.

Thank you for your consideration.

    Respectfully submitted,

    /s/ Eric Arbizo
    Assistant Corporation Counsel