UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
:
RONALD DAVIDSON,
:
:
                  Plaintiff,     :     25-CV-08065 (JAV) (BCM)
:
     -v-                      :     ORDER OF REFERENCE
:     TO A MAGISTRATE
CITY OF NEW YORK, et al.,             :     JUDGE
:
                 Defendants.    :
------------------------------------------------------------------------- X

JEANNETTE A. VARGAS, United States District Judge:

      This action is referred to the assigned Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

SO ORDERED.

Dated: November 12, 2025
      New York, New York              _____
                                                  JEANNETTE A. VARGAS
                                                  United States District Judge