

November 24, 2025

Hon. Jeannette A. Vargas, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

By Electronic Filing

>  Re: **Davidson v. City of New York et al., 25-cv-8065**

Dear Judge Vargas:

My firm, with co-counsel, represents Plaintiff in the case above. I write jointly with the various counsel for all Defendants, pursuant to the Court's Order at ECF No. 15.

Without stating which party or parties did not consent, the parties have not consented to all further proceedings before the assigned Magistrate Judge.

As always, we thank the Court for its time.

> Respectfully submitted,
>
> /s/
> _____
> J. Remy Green
>   *Honorific/Pronouns: Mx., they/their/them*
> **COHEN&GREEN P.L.L.C.**
> *Attorneys for Plaintiffs*
> 1639 Centre St., Suite 216
> Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.