UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------- x

RONALD DAVIDSON,

                                        Plaintiff,    **NOTICE OF MOTION DISMISS**

      -against-                                 Index No. 25 Civ. 08065 (JAV) (BCM)

CITY OF NEW YORK, JONATHAN DARCHE,
SERGEANTS BENEVOLENT ASSOCIATION,
VINCENT VALLELONG, POLICE BENEVOLENT
ASSOCIATION OF THE CITY OF NEW YORK, and
PATRICK HENDRY,

                                        Defendants.

--------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of City Defendants' Motion to Dismiss, and upon all prior pleadings and proceedings heretofore had herein, the defendants the City of New York and Jonathan Darche ("City Defendants") will move the United States District Court for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, NY 10007, before the Honorable Jeannette Vargas, on January 9, 2026, at 9 A.M., or on the next date set by the Court, for an order dismissing, in part, Plaintiff's Complaint pursuant to the Federal Rules of Civil Procedure Rule 12(b)(6) because it fails to state a claim under the First Amendment to the United States Constitution, the "Right to Record" acts codified at N.Y. Civ. Rights Law § 79-p and N.Y.C. Admin. Code § 14-189, and 42 U.S.C. § 1985 ("Ku Klux Klan Act").

Dated: New York, New York
December 11, 2025

                        **MURIEL GOODE-TRUFANT**
                        Corporation Counsel of the City of New York
                        Attorney for Defendants the City of New York and Jonathan Darche
                        100 Church Street, Room 2-124
                        New York, New York 10007
                        (212) 356-3580
                        earbizo@law.nyc.gov

By: _/s/ Eric Arbizo_
                        Eric Arbizo
                        Assistant Corporation Counsel