UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD DAVIDSON,<br><br>        Plaintiff,<br>v.<br><br>THE CITY OF NEW YORK, JONATHAN DARCHE, SERGEANTS BENEVOLENT ASSOCIATION, VINCENT VALLELONG, POLICE BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, and PATRICK HENDRY,<br><br>        Defendants. | Case No. 1:25-cv-08065-JAV |

**NOTICE OF MOTION OF DEFENDANTS POLICE BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK AND PATRICK HENDRY
TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion to Dismiss the Complaint, dated December 12, 2025, and all prior pleadings and proceedings heretofore had herein, defendants Police Benevolent Association of the City of New York, Inc. and Patrick Hendry (together, the "PBA Defendants") will move this Court at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, before the Honorable Jeanette A. Vargas, at a date and time to be determined by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the Complaint in its entirety against the PBA Defendants with prejudice, and for such other, further, and different relief as the Court deems just and proper. The PBA Defendants also join in any motion to dismiss arguments made by co-defendants that are applicable to the claims against the PBA Defendants.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1, any opposing or response papers must be served within 14 days after service of this motion, and any reply papers must be served within seven days after service of the answering papers.

Dated: December 12, 2025

Respectfully submitted,

GOLENBOCK EISEMAN ASSOR BELL
& PESKOE LLP

By: ___/s/Matthew C. Daly___
      Matthew C. Daly

711 Third Avenue
New York, New York 10017
(212) 907-7300
mdaly@golenbock.com

*Counsel for Defendants Police Benevolent Association of the City of New York and Patrick Hendry*