UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD DAVIDSON,<br><br>       Plaintiff,<br>v.<br><br>THE CITY OF NEW YORK, JONATHAN DARCHE, SERGEANTS BENEVOLENT ASSOCIATION, VINCENT VALLELONG, POLICE BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, and PATRICK HENDRY,<br><br>       Defendants. | Case No. 1:25-cv-08065-JAV |

**RULE 7.1 STATEMENT OF DEFENDANT POLICE BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Police Benevolent Association of the City of New York, Inc. ("PBA") certifies that the PBA is a domestic not-for-profit corporation that has no parent corporation, subsidiaries or affiliates.

Dated: December 12, 2025

Respectfully submitted,

GOLENBOCK EISEMAN ASSOR BELL
& PESKOE LLP

By: */s/Matthew C. Daly*
 Matthew C. Daly

711 Third Avenue
New York, New York 10017
(212) 907-7300
mdaly@golenbock.com

*Counsel for Defendants Police Benevolent Association of the City of New York and Patrick Hendry*