THE QUINN LAW FIRM PLLC
Attorneys for Defendants SBA and Vincent Vallelong
399 Knollwood Road, Suite 220
White Plains, NY 10603
(914) 997-0555
Attn:   Andrew C. Quinn, Esq.
        Lalit K. Loomba, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X   25-CV-8065 (JAV) (BCM)
RONALD DAVIDSON,                                                   :
                                                                   :
                        Plaintiff,                                 :
                                                                   :   NOTICE OF MOTION TO
        -against-                                                  :   DISMISS BY DEFENDANTS
                                                                       SBA AND VINCENT
THE CITY OF NEW YORK, JONATHAN DARCHE,                             :   VALLELONG
SERGEANTS BENEVOLENT ASSOCIATION,
VINCENT VALLELONG, POLICE BENEVOLENT                               :
ASSOCIATION OF THE CITY OF NEW YORK, AND
PATRICK HENDRY,                                                    :

                        Defendants.                                :

------------------------------------------------------------------ X

TO:   COHEN & GREEN P.L.L.C.
      Attorneys for Plaintiff
      1639 Centre Street, Suite 216
      Ridgewood, NY 11385
      (929) 888-9480
      remy@femmelaw.com

PLEASE TAKE NOTICE that upon (i) the annexed declaration of Lalit K. Loomba, Esq.; (ii) the accompanying memorandum of law, dated December 12, 2026; and (iii) all the prior proceedings herein, defendants Sergeants Benevolent Association ("SBA") and Vincent Vallelong, by their undersigned attorneys, will move this Court, before the Hon. Jeannete A. Vargas, on January 9, 2026, or as soon soon thereafter as counsel may be heard, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the complaint of

Plaintiff Ronald Davidson, as against the SBA and Vincent Vallelong for failure to state a claim, and for such other, further and different relief as the Court in its discretion may deem just and proper.

Dated:  White Plains, New York
        December 12, 2025

                                                             Respectfully submitted,

                                                             THE QUINN LAW FIRM PLLC
                                                             Attorneys for SBA and Vincent Vallelong

                                                             Lalit K. Loomba, Esq.

                                                             399 Knollwood Road, Suite 220
                                                             White Plains, NY 10603
                                                             (914) 997-0555
                                                             lloomba@quinnlaw.com

TO: *Via ECF*

COHEN & GREEN P.L.L.C.
Attorneys for Plaintiff
1639 Centre Street, Suite 216
Ridgewood, NY 11385
(929) 888-9480
remy@femmelaw.com

NEW YORK CITY LAW DEPARTMENT
Attorneys for Defendant City of New York
100 Church Street, Suite 2d Floor
New York, NY 1007
Attn: Eric Daniel Arbizo, Esq.
(203) 550-3148
earbizo@law.nyc.gov

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
Attorneys for Defendants PBA and Patrick Hendry
711 Third Avenue, 17th Floor
New York, NY 10017
(212) 907-7300
Attn: Matthew Christopher Daly
mdaly@golenbock.com