

December 30, 2025

Hon. Jeannette A. Vargas, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/02/26
```

By Electronic Filing

Re:   **Davidson v. City of New York et al.**, 25-cv-8065

Dear Judge Vargas:

My firm, with co-counsel, represents Plaintiff in the case above. With Defendants' consent, I write to ask for an extension of time for Plaintiff to respond — whether by opposition or amendment as of right — to the two sets of union Defendants' full motions to dismiss, and the City Defendants' partial motion to dismiss, collectively at ECF Nos. 19-25.

Per the Court's rules: (1) a response is currently due Friday, January 2, 2026; (2)/(3) there have been no previous extensions; (4) the reason is because of other commitments and the holidays; (5) all Defendants consent; and (6) the next scheduled appearance is a case management conference on January 8, 2026 (ECF No. 26).

Plaintiff seeks an extension of time to respond to the motions (collectively) until January 12, 2026. (Dkts. 19, 20, and 23)

As always, we thank the Court for its time.

Application GRANTED. The January 8, 2026 initial case management conference is hereby ADJOURNED to **January 20, 2026 at 10:00 a.m.** SO ORDERED.

January 2, 2026

**Barbara Moses**
**United States Magistrate Judge**

Respectfully submitted,

/s/
_____
J. Remy Green
   *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

**MEMO ENDORSED**

cc:
All relevant parties by electronic filing.