UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD DAVIDSON,<br><br>                    Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK, JONATHAN DARCHE, SERGEANTS BENEVOLENT ASSOCIATION, VINCENT VALLELONG, POLICE BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, and PATRICK HENDRY,<br><br>                    Defendants. | Case No. 1:25-cv-08065-JAV<br><br>**NOTICE OF CHANGE OF**<br>**FIRM NAME**_____ |

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for:  Matthew C. Daly.

My SDNY Bar number is MD8488.  My State Bar number is 4625141.

I am,

        __x_   An attorney
        ____   A Government Agency attorney
        ____   A pro hac vice attorney

OLD FIRM:   Golenbock Eiseman Assor Bell & Peskoe LLP
                      711 Third Avenue, 17th Floor, New York, NY 10017
                      (Tel) 212 907-7300
                      (Fax) 212 754-0330
                      (Email) mdaly@golenbock.com

NEW FIRM    Spencer Fane LLP
                      711 Third Avenue, 17th Floor, New York, NY 10017
                      (Tel) 212 907-7300
                      (Fax) 212 754-0330
                      (Email) mdaly@spencerfane.com

2

__x__   I will continue to be counsel of record on the above-titled case at my new firm.

____   I am no longer counsel of record on the above-titled case. An order withdrawing my appearance was entered on _____ by Judge _____.


Dated: February 6, 2026          /s/ Matthew C. Daly_____
                                 Matthew C. Daly

2