THE QUINN LAW FIRM PLLC
Attorneys for Defendants SBA and Vincent Vallelong
399 Knollwood Road, Suite 220
White Plains, NY  10603
(914) 997-0555
Attn:   Andrew C. Quinn, Esq.
          Lalit K. Loomba, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X   25-CV-8065 (JAV) (BCM)

RONALD DAVIDSON,                                                          :

                   Plaintiff,                                        :
                                                                                                           NOTICE OF MOTION TO
    -against-                                                             :    DISMISS BY DEFENDANTS
                                                                                                           SBA AND VINCENT
THE CITY OF NEW YORK, JONATHAN DARCHE,       :    VALLELONG
SERGEANTS BENEVOLENT ASSOCIATION,
VINCENT VALLELONG, POLICE BENEVOLENT         :
ASSOCIATION OF THE CITY OF NEW YORK, AND         **Return Date:**
PATRICK HENDRY,                                                       :    **March 4, 2026**

                  Defendants.                                    :

------------------------------------------------------------------------- X

TO:   COHEN & GREEN P.L.L.C.
         Attorneys for Plaintiff
         1639 Centre Street, Suite 216
         Ridgewood, NY  11385
         (929) 888-9480
         remy@femmelaw.com

     PLEASE TAKE NOTICE that upon (i) the annexed declaration of Andrew C. Quinn, Esq.; (ii) the accompanying memorandum of law, dated February 11, 2026; and (iii) all the prior proceedings herein, defendants Sergeants Benevolent Association ("SBA") and Vincent Vallelong, by their undersigned attorneys, will move this Court, before the Hon. Jeannete A. Vargas, on March 4, 2026, or as soon soon thereafter as counsel may be heard, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the amended

-1-

complaint of Plaintiff Ronald Davidson as against the SBA and Vincent Vallelong for failure to state a claim, and for such other, further and different relief as the Court in its discretion may deem just and proper.

    PLEASE TAKE FURTHER NOTICE that pursuan to Local Rule 6.1, opposition must be served and filed on or before February 25, 2026.

Dated: White Plains, New York
February 11, 2026

Respectfully submitted,

THE QUINN LAW FIRM PLLC
Attorneys for SBA and Vincent Vallelong

*Andrew C. Quinn*

_____
Andrew C. Quinn, Esq.
Lalit K. Loomba, Esq.

399 Knollwood Road, Suite 220
White Plains, NY 10603
(914) 997-0555
lloomba@quinnlaw.com

TO: *Via ECF*

| | |
|---|---|
| COHEN & GREEN P.L.L.C.<br>Attorneys for Plaintiff<br>1639 Centre Street, Suite 216<br>Ridgewood, NY 11385<br>(929) 888-9480<br>remy@femmelaw.com | NEW YORK CITY LAW DEPARTMENT<br>Attorneys for Defendant City of New York<br>100 Church Street, Suite 2d Floor<br>New York, NY 1007<br>Attn: Eric Daniel Arbizo, Esq.<br>(203) 550-3148<br>earbizo@law.nyc.gov |
| GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP<br>Attorneys for PBA Defendants<br>711 Third Avenue, 17th Floor<br>New York, NY 10017<br>(212) 907-7300<br>Attn: Matthew Christopher Daly<br>mdaly@golenbock.com | |