THE QUINN LAW FIRM PLLC
Attorneys for Defendants Sergeants Benevolent
Association and Vincent Vallelong
399 Knollwood Road, Suite 220
White Plains, NY 10603
(914) 997-0555
Attn:   Andrew C. Quinn, Esq.
         Lalit K. Loomba, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X   25-CV-8065 (JAV) (BCM)

RONALD DAVIDSON,                                                         :

                Plaintiff,                                                   :
                                                                                            DECLARATION OF
     -against-                                                                     :   ANDREW C. QUINN, ESQ.

THE CITY OF NEW YORK, JONATHAN DARCHE,       :
SERGEANTS BENEVOLENT ASSOCIATION,
VINCENT VALLELONG, POLICE BENEVOLENT         :
ASSOCIATION OF THE CITY OF NEW YORK, AND
PATRICK HENDRY,                                                            :

                Defendants.                                                 :

------------------------------------------------------------------------- X

      ANDREW W. QUINN, an attorney duly admitted to practice law before the United States District Court for the Southern District of New York, hereby declares, under penalty of perjury and pursuant to 28 U.S.C. §1746, as follows.

      1.     I am the founder and lead partner of The Quinn Law Firm PLLC, attorneys for defendants Sergeants Benevolent Association ("SBA") and Vincent Vallelong ("Mr. Vallelong") in the above-captioned action.

      2.     I submit this declaration in support of the motion by the SBA and Mr. Vallelong to dismiss the amended complaint of Plaintiff Ronald Davidson ("Plaintiff") as against them.

      3.     Attached hereto as **Exhibit A** is a copy of Plaintiff's amended complaint.

-1-

4. As alleged therein, Plaintiff was convicted of a triple homicide and served 43 years in prison, Ex. A, at ¶¶23-24; he was hired by the CCRB as an "Investigator – Level 1" on August 30, 2024, *id.* at ¶27, and he was fired by the CCRB during his eighth week of probation. *Id.* at ¶39.

5. The amended complaint alleges generally that the SBA and its president, Mr. Vallelong, violated Plaintiff's rights by conspiring with the CCRB and influencing it to fire Plaintiff. Ex. A.

6. The amended complaint includes general, selective references to a New York Post article concerning Plaintiff's employment with the CCRB. **Exhibit B.** However, Plaintiff alleges in the amennded complaint that his claims are not based on the New York Post article, but only that the article provides "context" for the claims in the amended complaint. Ex. A, at ¶56.

7. As against the SBA and Mr. Vallelong, the complaint alleges four claims for relief: (i) a claim for unlawful discrimination and aiding and abetting discrimination under Section 296(15) and 296(6) of the New York Human Rights Law, Ex. A, at ¶¶217-224; (ii) a claim alleging a civil conspiracy under 42 U.S.C. §1985 and 42 U.S.C. §1986, *id.* at ¶¶225-231; (iii) a claim alleging a violation of the Right to Record Act of the City of New York and the State of New York, *id.* at ¶¶232-245; and finally (iv) a claim for tortious interference with contract. *Id.* at ¶¶246-254.

8. For the reasons set forth in the accompanying memorandum of law, Plaintiff's amended complaint does not, and cannot, allege viable claims against the SBA or against Mr. Vallelong.

WHEREFORE, for the reasons set forth above, and in the accompanying memorandum

of law, the motion by the SBA and Mr. Vallelong should be granted in its entirety, and Plaintiff's action should be dismissed, with prejudice, as against the SBA and Mr. Vallelong.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of February 2026.

                                                  THE QUINN LAW FIRM PLLC
                                                  Attorneys for SBA and Vincent Vallelong

*Andrew C. Quinn*

_____
Andrew C. Quinn, Esq.

399 Knollwood Road, Suite 220
White Plains, NY 10603
(914) 997-0555
lloomba@quinnlawny.com

TO: *Via ECF*

COHEN & GREEN P.L.L.C.
Attorneys for Plaintiff
1639 Centre Street, Suite 216
Ridgewood, NY 11385
(929) 888-9480
remy@femmelaw.com

NEW YORK CITY LAW DEPARTMENT
Attorneys for Defendant City of New York
100 Church Street, Suite 2d Floor
New York, NY 1007
Attn: Eric Daniel Arbizo, Esq.
(203) 550-3148
earbizo@law.nyc.gov

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
Attorneys for Defendants PBA and Patrick Hendry
711 Third Avenue, 17th Floor
New York, NY 10017
(212) 907-7300
Attn: Matthew Christopher Daly
mdaly@golenbock.com