UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RONALD DAVIDSON,

                                              Plaintiff,    **NOTICE OF MOTION DISMISS THE AMENDED COMPLAINT**

      -against-

                                               Index No. 25 Civ. 08065 (JAV) (BCM)

CITY OF NEW YORK, JONATHAN DARCHE,
SERGEANTS BENEVOLENT ASSOCIATION,
VINCENT VALLELONG, POLICE BENEVOLENT
ASSOCIATION OF THE CITY OF NEW YORK, and
PATRICK HENDRY,

                                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of City Defendants' Motion to Dismiss the Amended Complaint, and upon all prior pleadings and proceedings heretofore had herein, the defendants the City of New York and Jonathan Darche (collectively, "City Defendants") will move the United States District Court for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, NY 10007, before the Honorable Jeannette Vargas, at a time and date to be set by the Court, for an order dismissing, in part, Plaintiff's Amended Complaint pursuant to the Federal Rules of Civil Procedure Rule 12(b)(6) because it fails to state a claim under the First Amendment to the United States Constitution, the "Right to Record" acts codified at N.Y. Civ. Rights Law § 79-p and N.Y.C. Admin. Code § 14-189, and 42 U.S.C. § 1985.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1, any opposing or response papers must be served within 14 days after service of this motion.

Dated:        New York, New York
February 11, 2026

                                        **MURIEL GOODE-TRUFANT**
                                        Corporation Counsel of the City of New York
                                        Attorney for City Defendants
                                        100 Church Street, Room 2-124
                                        New York, New York 10007
                                        (212) 356-3580
                                        earbizo@law.nyc.gov


                                By:     /s/ Eric Arbizo
                                        Eric Arbizo
                                        Assistant Corporation Counsel