UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
RONALD DAVIDSON,                                                 :
                                                                 :  Docket No.
                        Plaintiff,                         :  25 Civ. 08065 (JAV)
  -against-                                                     :
                                                                 :
THE CITY OF NEW YORK, JONATHAN                                   :  **NOTICE OF**
DARCHE, SERGEANTS BENEVOLENT                                     :  **APPEARANCE**
ASSOCIATION, VINCENT VALLELONG,                                  :
POLICE BENEVOLENT ASSOCIATION OF                                 :
THE CITY OF NEW YORK, AND PATRICK                                :
HENDRY;                                                          :
                                                                 :
                        Defendants.                        :
---------------------------------------------------------------- X

      PLEASE TAKE NOTICE that Andrew C. Quinn, Esq., of The Quinn Law Firm PLLC, does hereby enter his appearance on behalf of defendants the Sergeants Benevolent Association and Vincent Vallelong in the above-captioned action.

Dated: White Plains, New York
       February 12, 2026

                                        Respectfully submitted,

                                        THE QUINN LAW FIRM PLLC

         By:    *Andrew Quinn*
                  Andrew C. Quinn
                  399 Knollwood Road, Suite 220
                  White Plains, New York 10603
                  Tel: (914) 997-0555
                  Fax: (914) 997-0550
                  aquinn@quinnlawny.com