# COHEN & GREEN

February 18, 2026

Honorable Jeannette A. Vargas,
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

<u>By Electronic Filing</u>

    Re: Davidson v. City of New York et al., 1:25-cv-08065 (JAV) (BCM)

Dear Judge Vargas:

  My firm represents Plaintiff Ronald Davidson in the above-captioned matter.

  I write, per this Court's Individual Practice Rule I (i), to notify the Court that Plaintiff does not intend to file an amended pleading in response to Defendants' motions to dismiss.

  I also write to request (i) a 30-day extension of time to respond to Defendants' motions to dismiss, and (ii) leave to file one consolidated opposition, with double the word limit (which we anticipate staying well under) for the consolidated memorandum of law. In accordance with Individual Practice Rule E, Plaintiff states as follows:

(1) The original date for the deadline to file an opposition is February 25, 2026. The new date requested is March 27, 2026.
(2) This is the first request for an extension.
(3) Plaintiff makes this extension request to allow Plaintiff's counsel enough time to respond to each of the three motions to dismiss, given Plaintiff's counsel's competing deadlines.
(4) All three defendants consent to these requests.
(5) There are no future appearances scheduled before the Court in this matter.
(6) The requested extension does not affect any dates set forth in the Case Management Plan.

  Finally, jointly with Defendants' counsel, I write to ask the Court to, in turn, extend the deadline for Defendants' respective replies to April 27th.

  As always, we thank the Court for its continued time and attention.

                Respectfully submitted,

                 /s/
                _____

                Leena Mohmoud Widdi
                **COHEN&GREEN P.L.L.C.**



*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

COHEN&GREEN                                                                 Page 2 of 2

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 ·  Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com