UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
RONALD DAVIDSON,                                               :
                                                               :  Docket No.
                          Plaintiff,                           :  25 Civ. 08065 (JAV)
   -against-                                                   :
                                                               :
THE CITY OF NEW YORK, JONATHAN                                 :  **NOTICE OF**
DARCHE, SERGEANTS BENEVOLENT                                   :  **APPEARANCE**
ASSOCIATION, VINCENT VALLELONG,                                :
POLICE BENEVOLENT ASSOCIATION OF                               :
THE CITY OF NEW YORK, AND PATRICK                              :
HENDRY;                                                        :
                                                               :
                          Defendants.                          :
------------------------------------------------------------- X

PLEASE TAKE NOTICE that Marykate Quinn, Esq., of The Quinn Law Firm PLLC, does hereby enter her appearance on behalf of defendants the Sergeants Benevolent Association and Vincent Vallelong in the above-captioned action.

Dated: White Plains, New York
       February 20, 2026

                                        Respectfully submitted,

                                        THE QUINN LAW FIRM PLLC

                        By:             _____
                                        Marykate Quinn
                                        399 Knollwood Road, Suite 220
                                        White Plains, New York 10603
                                        Tel: (914) 997-0555
                                        Fax: (914) 997-0550
                                        mquinn@quinnlawny.com