UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

| | |
|---|---|
| RONALD DAVIDSON, | 25-CV-8065 (JAV) (BCM) |
| Plaintiff, | |
| -against- | STIPULATION AND ORDER OF PARTIAL VOLUNTARY DISMISSAL |
| THE CITY OF NEW YORK, JONATHAN DARCHE, SERGEANTS BENEVOLENT ASSOCIATION, VINCENT VALLELONG, POLICE BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, AND PATRICK HENDRY, | |
| Defendants. | |

------------------------------------------------------------------ X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Plaintiff Ronald Davidson ("Plaintiff") and defendants Sergeants Benevolent Association ("SBA") and Vincent Vallelong ("Vallelong") that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's claims against defendants SBA and Vallelong are hereby dismissed and discontinued, without prejudice, and with each side bearing their own costs and fees.

Dated:  New York, New York
        March 5, 2026

*Signatures on Following Page*

-1-

-2-

| COHEN & GREEN P.L.L.C. | THE QUINN LAW FIRM PLLC |
|---|---|
| Attorneys for Plaintiff | Attorneys for defendants SBA and Vallelong |
| *[signature]* | *[signature]* |
| Remy Green | Lalit K. Loomba |
| 1639 Centre Street, Suite 216 | 399 Knollwood Road, Suite 220 |
| Ridgewood, NY 11385 | White Plains, NY 10603 |
| (929) 888-9480 | (914) 997-0555 |
| remy@femmelaw.com | lloomba@quinnlaw.com |

SO ORDERED:

_____
United States District Judge