**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Ronald Davidson<br><br>*Plaintiff,*<br><br>v.<br><br>The City of New York, Jonathan Darche, Sergeants Benevolent Association, Vincent Vallelong, Police Benevolent Association of the City of New York, and Patrick Hendry<br><br>*Defendants* | **1:25-cv-08065-JAV-BCM**<br><br><br><br>NOTICE OF CROSS MOTION |

PLEASE TAKE NOTICE that, upon the attached Memorandum of Law dated March 27, 2026 ; the accompanying Declaration; and all of the prior pleadings and proceedings had herein, Plaintiff will cross-move this Court in relation to Defendants' motions to dismiss, before the Honorable Jeannette A. Vargas, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, at a time to be set by the Court, for an Order granting leave to amend the Complaint as set out in the accompanying papers;

PLEASE TAKE FURTHER NOTICE that opposing papers shall be filed with Defendants' reply on their own motion on April 27, 2026.


DATED:     March 27, 2026
           Queens, NY

                                        /s/
                                        _____
                                        J. Remy Green
                                        **COHEN&GREEN P.L.L.C.**
                                        1639 Centre Street, Suite 216
                                        Ridgewood, New York 11385

(929) 888.9480 (telephone)
(929) 888.9457 (facsimile)
remy@femmelaw.com

*Attorneys for Plaintiff*