**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Ronald Davidson

*Plaintiff,*

v.

The City of New York, Jonathan Darche, Sergeants Benevolent Association, Vincent Vallelong, Police Benevolent Association of the City of New York, and Patrick Hendry

*Defendants*

**1:25-cv-08065-JAV-BCM**

**DECLARATION OF**
**J. REMY GREEN**

I, Remy Green, being duly sworn, depose and say:

1.     I am a partner at Cohen&Green P.L.L.C., counsel for Plaintiff Ronald Davidson in this case.

2.     I make this declaration in opposition to Defendant's motion to dismiss, and in support of Plaintiff's cross-motion to amend, to place certain records in my control before the Court.

**Exhibits**

3.     Attached as **Exhibit 1** is a true copy of City Defendants' Amended Responses and Objections to Plaintiff's First Set of Document Requests and Interrogatories, dated February 27, 2026.

4.     Attached as **Exhibit 2** is a proposed amended complaint, and **Exhibit 3** is a redline showing the changes to the operative complaint, per this Rule  5(J) of this Court's Individual Rules.

1

5.    Attached as **Exhibit 4** is a true copy of a relevant portion of the session of the New York State Assembly on June 8, 2020, during which the Assembly debated N.Y. Civ. R. L. § 79-P (collected for our firm by the New York Legislative Service).

6.    Attached as **Exhibit 5** is a true copy of the offer letter the CCRB gave to Plaintiff, incorporated in the Complaint by quotation and reference.

I declare, under penalty of perjury, that the statements above are true and correct.

Executed On: March 27, 2026

/s/

_____

J. Remy Green

2