

**CIVILIAN COMPLAINT REVIEW BOARD**
100 CHURCH STREET 10th FLOOR
NEW YORK, NEW YORK 10007 ♦ TELEPHONE (212) 912-7235
www.nyc.gov/ccrb



ERIC L. ADAMS
MAYOR

August 30, 2024

**Ronald Davidson**
rondavidsonnyc@gmail.com

**Dear Ronald Davidson:**

This letter will serve as a formal offering for the position of Investigator – Level 1 at the Civilian Complaint Review Board. Your starting salary will be **$47,601** per annum. Your tentative start date is **October 21, 2024.**

Upon receipt of this letter, please provide your current mailing address. An onboarding package will be delivered in a weeks' time. Please contact Human Resources Staff: Wanda Didi and Imani Grampus at ccrbpersonnel@ccrb.nyc.gov if you require further assistance.

Additionally, please bring the following documents with you on your start date.

- **Valid Picture ID (Refer to the I-9 for acceptable documents)**
- **Social Security Card**
- **Proof of Address (NYC residency is required within 90 days of appointment)**
- **$9.00 Money Order payable to the City Clerk of New York**

This offer is contingent upon your satisfactory compliance with the terms and conditions of employment of the City of New York Civilian Complaint Review Board. Such terms include but are not limited to a Department of Investigation Background Investigation.

On behalf of the Civilian Complaint Review Board, we wish to take this opportunity to extend our sincerest welcome. We are confident that you will make a significant contribution to our goal of providing the highest quality of civilian oversight to our community. We look forward to you joining our agency and extend to you our best wishes.

Sincerely,

*Jennelle Brooks*

Jennelle Brooks
Director of HR & Personnel

PL000001