```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   04/07/26
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD DAVIDSON,

          Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

          Defendants.

25-CV-8065 (JAV) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Pursuant to the Court's order on February 24, 2026 (Dkt. 53), the parties' deadline to submit a joint status letter outlining the progress of discovery and proposing a schedule for the remaining discovery was April 2, 2026. The Court has not received the parties' letter. The parties must submit their joint letter no later than **April 14, 2026**. In that letter, the parties must propose a schedule for fact depositions and the close of fact discovery. The Court is highly unlikely to entertain a stay of discovery solely predicated on the pending motions to dismiss.

Dated:  New York, New York
       April 7, 2026

                        **SO ORDERED**.

                        _____

                        **BARBARA MOSES**
                        **United States Magistrate Judge**