COHEN GREEN

November 19, 2026

Hon. Barbara C. Moses, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/20/26

By Electronic Filing

**Re: Davidson v. City of New York et al., 25-cv-8065**

Dear Judge Moses:

My firm, with co-counsel, represents Plaintiff in the case above. I write jointly with counsel for both sets of Defendants (e.g., the PBA-affiliated Defendants and the City-affiliated Defendants) to ask the Court to amend and extend the current discovery schedule and end date. This letter is also intended to be the joint status letter called for by ECF No. 62. As noted below, the parties are seeking a 60 day extension of the current end date.

At present, the parties have exchanged paper discovery, and have productively met and conferred on a number of disputes that presently appear likely to resolve without the need for Court intervention.

However, the parties have not scheduled depositions yet, and it is my understanding that the PBA Defendants object to proceeding with depositions prior to resolution of the pending motions to dismiss, given that those motions seek (in relevant part) to fully resolve claims as to the PBA Defendants. Plaintiff and the City Defendants have no objection to awaiting a decision. And from Plaintiff's perspective, that has the benefit of allowing discovery on any affirmative defenses and cross-claims (if either are made), and not requiring re-deposition if something unanticipated is pled or asserted.

Accordingly, the parties ask the Court to enter an extension of 60 days for the close of fact discovery, understanding that timing may be impacted by the District Court's ruling on the pending motions to dismiss.

Pursuant to the Court's Rules:

(1) The current deadline for the close of fact discovery is December 14, 2026 (ECF No. 62);

(2) This is the first request for an extension of that date;

(3) [not applicable];

(4) The reason for the request is above;

MEMO ENDORSED



Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t: (929) 888.9480 · f: (929) 888.9457 · FemmeLaw.com

(5) All parties consent and join the application; and

(6) [not applicable]

The parties all thank the Court for its time and attention.

Respectfully submitted,

/s/

J. Remy Green
*Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

Application GRANTED to the extent that the close of all fact discovery is EXTENDED to **February 12, 2026**. No later than **February 9, 2026**, the parties must submit a joint update letter, advising the Court on the progress of discovery and, if expert discovery is required, proposing an expert discovery schedule.

Although the Court understands that all the parties have consented to delaying depositions pending the outcome of the motions to dismiss, the Court has not stayed discovery and is not inclined to do so *sua sponte*. For that reason, the Court encourages the parties to begin scheduling depositions, particularly those that they believe will not be significantly impacted by the outcome of the motions to dismiss.

SO ORDERED.

November 20, 2026

**Barbara Moses**
**United States Magistrate Judge**